UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PHILIP J. PAPINEAU, JR.** | : | |
|    Plaintiff | : | Case No. 3:10-CV-00020(JBA) |
| | : | |
| v. | : | |
| | : | |
| **CAVALRY PORTFOLIO SERVICES, LLC** | : | MAY 21, 2010 |
|    Defendants. | : | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, Philip J. Papineau, Jr., through his attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

                                                PLAINTIFF, PHILIP J. PAPINEAU, JR.,

                                                By: /s/Daniel S. Blinn
                                                Daniel S. Blinn (ct02188)
                                                Consumer Law Group, LLC
                                                35 Cold Spring Road, Suite 512
                                                Rocky Hill, Connecticut 06067
                                                Tel (860) 571-0408  Fax (860) 571-7457
                                                dblinn@consumerlawgroup.com

## CERTIFICATE OF SERVICE

   I hereby certify that on this 21st day of May, 2010, a copy of foregoing Notice of Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                  /s/Daniel S. Blinn
                  Daniel S. Blinn